UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-6266-Hunt

IN RE SEALED COMPLAINT

_____/

FILED BY _____ D.C.

JUN 03 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

EDUARDO GARDEA, JR.
Assistant United States Attorney
Court ID No. A5502663
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9339
Email: eduardo.gardea.jr@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

JUN 03 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America
v.

MICHAEL MARCEL RISI, JR.,

Defendant(s)

Case No. 22-6266-Hunt

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 26, 2022** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmissoin of a Threat to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Steven Rossbach, FBI Taskforce Officer
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Telephone**

Date: 6/3/2022

_Judge's signature_

City and state: Fort Lauderdale, Florida

Honorable Patrick M. Hunt, U.S. Magistrate Judge
_Printed name and title_

## SEALED AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Steven Rossbach being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Florida Department of Law Enforcement ("FDLE"), currently assigned as a Task force Officer ("TFO") with the Joint Terrorism Task Force ("JTTF") of the FBI Miami Field Division. I am duly sworn as a law enforcement officer of the United States. That is, I am an officer of United States who is empowered by law to conduct investigations of and make arrests for violations of Title 18 of the United State Code.

2. I have been an agent with the FDLE since November 2011, and a TFO with the FBI since January of 2015. Prior to the FDLE, I was with the City of Miami Police Department ("MPD") for 27 years, retiring as a Police Captain. In the MPD, I investigated numerous violent and non-violent crimes. Among my duties as a TFO, I am responsible for the investigation of a variety of violations of federal laws related directly to threats to life and stalking.

3. I am familiar with the facts and circumstances set forth in this Affidavit as a result of my participation in the investigation, and my experience, training, and background as an FDLE agent and FBI TFO. The information contained within this Affidavit is based upon my personal knowledge, as well as information and documentation that I obtained from other law enforcement officers and civilian witnesses who have first-hand knowledge of the events described herein.

4. I submit this Affidavit for the limited purpose of establishing probable cause that, on or about May 26, 2022, Michael Marcel Risi Jr. ("RISI") violated Title 18, United States Code, Section 875(c) by transmitting in interstate commerce communications threatening to injure another person.

## **PROBABLE CAUSE**

5.  Wizard101 is a free online massive multiplayer online role-playing game that was developed and published by KingIsle Entertainment ("KingsIsle"), a company based in Round Rock, Texas (in the Austin, Texas metro area). In the game, users interact in a fictional world with other online users, each using his or her own online character. Of note, players are able to engage in real-time chats on an in-game chatting function, allowing the players to direct comments toward other groups or other individual players.

6.  This investigation began on or about May 29, 2022, when an employee of KingsIsle contacted the FBI Office in Austin regarding threatening communications made by one of its users, "mike2724" (who used the player name "Michael IceCloud"), which mainly referenced a player using the player name "Gabrielle Legend" (which belongs to user "Alby94").

7.  KingsIsle provided law enforcement the Internet Protocol Addresses ("IP Addresses") associated with user accounts "mike2724" ("Michael IceCloud") and "Alby94" ("Gabrielle Legend"). I have since run these IP addresses through a publicly available online IP tracker. The search revealed that the IP Address for user account "mike2724" belongs to an internet subscriber account in Broward County, Florida, and the IP Address for user account "Alby94" belongs to an internet subscriber account in Wyoming.

8.  According to information provided by KingsIsle, the user of account "mike2724" ("Michael IceCloud") sent an email support ticket message to KingsIsle service personnel from email address afk.michaelrisi@gmail.com (with the identifier name "Michael Risi"), stating:

> Hi, I've been harassed by a group of people in the game. Mainly Gabrielle Legend. This has been going on for over a month now with her manipulating everyone and making up lies about me. I've tried to tell her to stop but she refuses to and I've reported her so many times for it. If you don't ban her and she chooses to keep harassing me, I will be forced to resort to violence to be rid of her.

9. KingsIsle reviewed more of "Michael IceCloud's" chats and banned the account, at which point the company received another email from afk.michaelrisi@gmail.com, stating: "I get banned for constantly being harassed and you not doing anything about it? What happens now is on you and the rest of the shitty people driving me to this."

10. KingsIsle compiled and sent to the FBI the following in-game chat comments, among others, posted by "Michael IceCloud" on or about May 26, 2022:

    a. "its like you guys want me to kill her"
    b. "you know what yea don't answer I'm done dealing with this bs every day"
    c. "I'll go over there since that's what you all want"
    d. "don't cry about a dead friend if you're not gonna do anything to stop it"
    e. "yea I'm tired of that entire group being fake"
    f. "I'm gonna go to her irl[1] this is ridiculous"
    g. "hopefully one of you can talk sense into her before I beat it into her"
    h. "I have her address"
    i. "and I'm going to do something if she doesn't stop"
    j. "I'm gonna go to her house irl and off her."
    k. "well i would kill her if i go there so"
    l. "well i'm not really afraid to off myself as well so"
    m. "i'm actually going to her house if nobody is gonna admit what she's been doing"
    n. "you're right i'm mentally not well but i'd kill her"

11. Based on the user account and billing information provided by KingsIsle, the FBI traced user account "mike2724" ("Michael IceCloud") to RISI, with a last-known address in Pembroke Pines, Florida, and the user account "Alby94" ("Gabrielle Legend") to the victim with initials "G.S.," who resides in Wyoming.

---

[1] Based on my training and experience, the abbreviation "irl" stands for the phrase, "in real life" in shorthand texting and messaging parlance.

3

12. In an attempt to question RISI regarding his online comments, I, along with another FBI agent, visited his last-known address in Pembroke Pines, which I learned was his parents' home. I spoke with RISI's mother, who told me that RISI had been kicked out of the house several months prior and was now living with his grandmother in Hollywood, Florida. She also told me that RISI had been hospitalized in or around 2021 after attempting to commit suicide.

13. I next went to RISI's grandmother's home in Hollywood, Florida, and spoke with RISI. He confirmed that he was the individual who played Wizard101 under the player name "Michael IceCloud." RISI also confirmed that he in fact had been briefly hospitalized after attempting to commit suicide in or around 2021. RISI then stated that he was formerly in the United States Marines Corps ("USMC"), where he had been trained with firearms and achieved "Marksman" status. I asked RISI if he has any weapons, and RISI claimed he did not own a firearm, but that he had friends with firearms, such that he could easily access a gun if he wanted one, and that he had $9,000 of cash available in case he wanted to travel. RISI also stated that he had a "pretty good idea" where "the girl he had been talking with online" (*i.e.*, "Gabrielle Legend") lived, referencing Wyoming on his own. Finally, in response to a question asking whether he still wanted to "kill" her, RISI responded that he still wanted to "kill" her.

14. On or about May 31, 2022, I briefly spoke over the phone with "G.S.," who lives in Wyoming. G.S. confirmed that she played Wizard101, and that she had been playing online with one user who had made threats against her. G.S. stated that she took screens shots some of the posts made by that other player.

## Conclusion

15. Based on the above information, I respectfully submit that there is probable cause to charge MICHAEL MARCEL RISI JR. with violating Title 18, United States Code, Section 875(c).

*FURTHER AFFIANT SAYETH NAUGHT.*

_____
STEVEN ROSSBACH, TFO
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone on this 29 day of June, 2021.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

5